UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MALIBU MEDIA, LLC,

      Plaintiff,

   vs.

JOHN DOES 1-4,

      Defendants.

------------------------------------------------------------X

Civil Action No. 1:12-CV-02960-NRB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2012

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until September 13, 2012 to effectuate service of a summons and Complaint upon the remaining Defendant.

SO ORDERED this 15th day of August, 2012.

By: _____
UNITED STATES DISTRICT JUDGE

1