UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Civil Action No. 1:12-cv-02960-NRB
                        Plaintiff,                               :
                                                                 :
                vs.                                              :
                                                                 :
JOHN DOES 1-4,                                                   :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

### PLAINTIFF'S RESPONSE TO DEFENDANT JOHN DOE 3'S MOTION TO PROCEED ANONYMOUSLY

Plaintiff does not object to Defendant proceeding anonymously and allowing his information to be filed under seal.

Dated: September 28, 2012

                                                Respectfully submitted,

                                                By: /s/*Jason Kotzker*
                                                Jason Kotzker
                                                NY Bar No. 4286829
                                                jason@klgip.com
                                                KOTZKER LAW GROUP
                                                9609 S. University Blvd. #632134
                                                Highlands Ranch, CO 80163
                                                Phone: 303-875-5386
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jason Kotzker*